# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:09 cr 30

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| BILLY JOE LOSSIE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Continue (#57) filed by counsel for Defendant. In the motion, Defendant's counsel ask the Court to continue the proceedings against Defendant be continued until a time after June 22, 2015. The undersigned finds that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue (#57) is **ALLOWED** and this matter will be set for hearing for June 24, 2015.

Signed: June 25, 2015

Dennis L. Howell
United States Magistrate Judge

1