IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09 CR 30

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| BILLY JOE LOSSIE, | ) |
| | ) |
| and | ) |
| | ) |
| EASTERN BAND OF CHEROKEE INDIANS, | ) |
| Garnishee. | ) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Amended Order of Continuing Garnishment (Doc. 72) is **GRANTED** and the Amended Order of Continuing Garnishment (Doc. 44) is **DISMISSED**.

Signed: June 25, 2021

W. Carleton Metcalf
United States Magistrate Judge